**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| NICHOLAS SOLIS,<br><br>                     Plaintiff,<br><br>     v.<br><br>DR. FIONA COUPER AND LANCE VAN LOON, HUSBAND AND WIFE, AND THE MARITAL COMMUNITY THEREOF, AND DR. FIONA COUPER IN HER CAPACITY AS DIRECTOR, FORENSIC LABORATORY SERVICES BUREAU AT WASHINGTON STATE PATROL AND STATE TOXICOLOGIST,<br><br>                     Defendants. | NO. 3:22-cv-05512<br><br>NOTICE OF REMOVAL TO FEDERAL COURT<br><br>**(Clerk's Action Required)** |

TO:    THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendants Dr. Fiona Couper and Lance Van Loon and Dr. Fiona Couper in her capacity as Director, Forensic Laboratory Services Bureau at Washington State Patrol and State Toxicologist hereby remove to this Court the state court action described below.

1.    This case concerns and alleges a violation of civil rights under 42 U.S.C. § 1983, as well as possible state law claims. The complaint has not been answered by Defendants.

NOTICE OF REMOVAL TO FEDERAL COURT – NO. 3:22-cv-05512      1      ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Drive SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

2. On June 22, 2022, a complaint was filed in the Superior Court of Washington for Kitsap County, Case No. 22-2-00980-18 entitled Nicholas Solis, Plaintiff vs. Dr. Fiona Couper and Lance Van Loon, husband and wife, and the marital community thereof, and Dr. Fiona Couper in her capacity as Director, Forensic Laboratory Services Bureau at Washington State Patrol and State Toxicologist, Defendants.

3. This complaint was received by Defendants on June 28, 2022. This notice of removal is being filed within thirty days of the filing of the complaint alleging an action under 42 U.S.C. § 1983 against named Defendants.

## INTRADISTRICT ASSIGNMENT

4. Under 28 U.S.C. § 1331 and § 1343, the United States District Courts "have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

5. Plaintiff alleges that his rights under the First and Fourteenth Amendments were violated by Defendants.

6. This is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and § 1343, and is one which may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441(c) in that it is a civil action founded on a claim or right arising under federal law. The district court also has supplemental jurisdiction over any state claim pursuant to 28 U.S.C. § 1367. An Eleventh Amendment bar as to supplemental claims does not divest the federal court of jurisdiction over claims arising under federal law. *Wisconsin Dep't of Corrections v. Schacht*, 524 U.S. 381, 118 S. Ct. 2047, 141 L. Ed. 2d 364 (1998).

7. Venue in the United States District Court, Western District of Washington at Tacoma, is appropriate as this is the judicial district in which Plaintiff allegedly resides and the county in which it was plead. Defendants Dr. Fiona Couper and Lance Van Loon are located in King County, Washington.

NOTICE OF REMOVAL TO FEDERAL COURT – NO. 3:22-cv-05512    2    ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Drive SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

8. Although Plaintiff has not specified a damage amount he and the putative class are seeking, Defendants nevertheless have a good faith belief that the Plaintiff is seeking damages in excess of the jurisdictional limits of this court under its own rules, the Federal Rules of Civil Procedure, and 28 U.S.C. § 1332, inasmuch as Plaintiff has alleged in his Complaint a potential class size of over "81,000 people;" even nominal damages to each putative class member would exceed this Court's jurisdictional limits.

## RESERVES AND IMMUNITY

9. Defendants reserve all rights and defenses, including Eleventh Amendment immunity, and this notice is made without waiving Washington State's sovereign immunity or any other defenses it may have in response to this lawsuit.

## SUPPORTING DOCUMENTS

10. In compliance with 28 U.S.C. § 1446(a) and LCR 101(b), Defendants will file copies of all process, pleadings, and orders served upon it in this case within the fourteen day deadline and with the appropriate verification of authenticity. A copy of the Complaint is attached.

DATED this 15th day of July 2022.

ROBERT W. FERGUSON
Attorney General

 s/ Eric A. Mentzer
ERIC A. MENTZER, WSBA No. 21243
Senior Counsel
P.O. Box 40111
Olympia, WA 98504-0111
Telephone: (360) 709-6470
Eric.Mentzer@atg.wa.gov
*Attorney for Defendants*

NOTICE OF REMOVAL TO FEDERAL COURT – NO. 3:22-cv-05512

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Drive SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

## DECLARATION OF SERVICE

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will electronically serve a copy of this document upon all counsel of record, as listed below.

| | |
|---|---|
| John Groseclose<br>GSJones Law Group, PS<br>1155 Bethel Avenue<br>Port Orchard, WA 98366<br>John@gsjoneslaw.com<br>*Attorney for Plaintiff* | David LaCross<br>LaCross & Murphy, PLLC<br>559 Bay Drive<br>Port Orchard, WA 98366<br>fdlacross@gmail.com<br>*Attorney for Plaintiff* |

DATED this 15th day of July 2022 at Tumwater, Washington.

*s/ Eric A. Mentzer*
ERIC A. MENTZER
Senior Counsel

NOTICE OF REMOVAL TO FEDERAL COURT – NO. 3:22-cv-05512

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Drive SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470