The Honorable Benjamin H. Settle

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| NICHOLAS SOLIS,<br><br>                Plaintiff,<br><br>    v.<br><br>DR. FIONA COUPER AND LANCE VAN LOON, HUSBAND AND WIFE, AND THE MARITAL COMMUNITY THEREOF, AND DR. FIONA COUPER IN HER CAPACITY AS DIRECTOR, FORENSIC LABORATORY SERVICES BUREAU AT WASHINGTON STATE PATROL AND STATE TOXICOLOGIST,<br><br>                Defendants. | NO. 3:22-cv-05512-BHS<br><br>ORDER TO STAY CASE<br><br>NOTING DATE:<br>OCTOBER 4, 2022 |

**<u>ORDER</u>**

Based upon the stipulation filed with the parties' Motion to Stay, it is hereby ordered that this case is stayed until further order of the Court. The parties shall file a status report within fourteen (14) days of a ruling from the Washington Supreme Court or the Washington Court of Appeals or within six (6) months, whichever is sooner. A telephonic status conference will be scheduled in approximately six months depending on the availability of the Court and parties'

//

ORDER TO STAY CASE
-- NO. 3:22-cv-05512-BHS

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Drive SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

1  counsel. This stay may be lifted earlier upon the parties' motion with good cause or upon further
2  Order of this Court.
3  DATED this 4th day of October 2022.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER TO STAY CASE
-- NO. 3:22-cv-05512-BHS

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Drive SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470