UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NICHOLAS SOLIS, | CASE NO. 3:22-cv-5512 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DR. FIONA COUPER, Director, Forensic Laboratory Services Bureau at Washington State Patrol and State Toxicologist, and LANCE VAN LOON, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

The Court issued an Order requiring the parties to submit a joint status report within 14 days of the Washington Supreme Court and Washington Court of Appeals' rulings reviewing two state actions: *Wash. v. Keller*, No. 23707601 (Kitsap Cnty. Superior Ct. June 13, 2022) and *Spencer v. Wash. Dep't of Licensing*, No. 2220008518 (Kitsap Cnty. Superior Ct. Jul. 20, 2022). Dkt. No. 12 at 1. If the state courts did not issue rulings within six months, this Court ordered the parties to file a joint status report by April 4, 2023. *Id.* The parties have not filed a joint status report.

MINUTE ORDER - 1

The Court ORDERS the parties to file a joint status report no later than May 30, 2023, and every 90 days from that day forward. In their reports, the parties must inform the Court about the status of the two state cases.

Dated this 9th day of May 2023.

Ravi Subramanian
Clerk
/s/ Laura Hobbs
Deputy Clerk

MINUTE ORDER - 2